LUIGI VERUCCIO v. PATHMARK OF PATERSON, INC.

February 14, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MAX BEN SAWICKY.

February 14, 1979. Petition for certification denied. (See 164 *N. J. Super.* 93)

GEORGE SCHERER v. THE CHAPIN SCHOOL.

February 14, 1979. Petition for certification denied.

R. B. v. D. B.

February 14, 1979. Petition for certification denied.

VITO V. TURCHIARELLI v.
THE AETNA CASUALTY & SURETY CO.

February 14, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. KURT REICHENBECHER.

February 14, 1979. Petition for certification denied.